**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|      ) | |
|      Plaintiff, ) | |
|      ) | |
| v.   ) | No.  4:11 CR 238 RWS |
|      ) | |
| **STEPHEN E. VIERLING,** ) | |
|      ) | |
|      Defendant. ) | |

**GOVERNMENT'S RESPONSE TO RUBINBROWN LLP'S MOTION**
**TO INTERVENE AND TO UNSEAL RECORDS**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan and Carrie Costantin, First Assistant United States Attorney for said district, and files its Response to RubinBrown LLP's Motion to Intervene and to Unseal Records.

The Government has no objection to the unsealing of the requested documents:  #4, #55, #29-30, #46, and any documents related to the payment of restitution.

Respectfully submitted:

RICHARD G. CALLAHAN
United States Attorney


 s/Carrie Costantin
CARRIE COSTANTIN 35925MO
First Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX
carrie.costantin@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Sanford J. Boxerman, Kyle P. Seelbach, Barry Short, David Harlan.

        s/*Carrie Costantin*
        CARRIE COSTANTIN  35925MO
        First Assistant United States Attorney