UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:11 CR 238 RWS |
| STEPHEN E. VIERLING, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the motion of Intervenor Rubin Brown LLP to unseal document #37 in this criminal case. The United States Attorney originally filed document #37 with this Court under seal. The United States Attorney does not object to the unsealing of document #37.

Based on the totality of the circumstances and without objection from the United States Attorney,

**IT IS HEREBY ORDERED** that Rubin Brown LLP's motion [#72] to unseal is granted and doc. #37 shall be unsealed.

**IT IS FURTHER ORDERED** that City Lighting Products Group's motion for leave to intervene and file a response [#74] is granted as its response in opposition was filed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2013.