UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RECEIVED
AUG 3 1 2015
U.S. District Court
Eastern District of MO

FILED
AUG 31 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 4:11CR238RWS
)
Stephen E. Vierling )
)
Defendant. )

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, Stephen E. Vierling, request that my term of probation or supervised release be terminated early for the following reasons: please see attached letter

_(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)_

8/31/2015
Date

_Stephen E. Vierling_
(Signature of Defendant)
1914 Spring Breeze Lane
(Address)
Chesterfield, MO 63017

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer Vashell Anderson [name] and to the United States Attorney's Office on August 31, 2015.

_Stephen E. Vierling_
(Signature of Defendant)

August 28, 2015

Honorable Rodney W. Sippel
United States District Judge
Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102

RE: United States of America vs. Stephen E. Vierling
    Case Number: 4:11CR238RWS

Dear Judge Sippel:

    I am writing you to respectfully request that I be released from my sentence of probation imposed by the Court on October 28, 2011. I have completed all conditions of my supervision including 200 hours of community service and full payment of restitution effective November 18, 2011. I have had no violations during my time on probation, and I have been employed full time since June, 2012.

    While you may not remember the specifics of my case, I just want you to know that I have learned from the huge mistake I made before coming forward to the Government in 2007. I have fully accepted the consequences of that mistake. What I did was morally wrong. I let myself down and those I love down. I have tried my best to be a good husband, father, and member of society. I have given back to the community through my service work with the St. Vincent DePaul Society, Criminal Justice Ministry, and my church, and I will continue to do so. I have been and will continue to be a productive and positive member of society.

    Lastly, I would like you to know that my probation officer, Ms. Vashell Anderson, was always respectful and professional in our interactions. I truly appreciate her consideration during this time.

    Thank you for reading my letter, Judge Sippel, and thank you for considering my request.

                                                  Sincerely,

                                                 *Stephen E. Vierling* (signature)
                                                 Stephen E. Vierling