# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**)  ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | No.   4:11 CR 238 RWS |
| **STEPHEN E. VIERLING,** ) ) | |
| **Defendant.** ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
## FOR EARLY TERMINATION OF PROBATION

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan and Carrie Costantin, Assistant United States Attorney for said district, and files its Response to Defendant's Motion for Early Termination of Probation.

1. On August 31, 2015, defendant filed a Motion for Early Termination of Probation.

2. The Government does not oppose early termination of defendant's probation

Respectfully submitted:

RICHARD G. CALLAHAN
United States Attorney
  *s/Carrie Costantin*
CARRIE COSTANTIN #35925 MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX
carrie.costantin@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

                                        s/*Carrie Costantin*
                                        CARRIE COSTANTIN   35925 MO
                                        Assistant United States Attorney